IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| PAUL BENEDICT, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CASE NO. 2:25-cv-823-ECM |
| | ) | |
| JOSEPH HEADLEY, *et al.*, | ) | |
| | ) | |
| Defendants. | ) | |

**O R D E R**

On August 14, 2026, the Magistrate Judge entered a Recommendation (doc. 30) to which no timely objections have been filed. Upon an independent review of the file and upon consideration of the Recommendation, it is

ORDERED as follows:

1. The Recommendation of the Magistrate Judge (doc. 30) is ADOPTED;

2. Defendant Joseph Headley's motion to dismiss (doc. 24) is GRANTED, and the claims against him are DISMISSED with prejudice;

3. Defendants Timothy McCovery, Deteri Mays, and Thomas Kincey's[1] motion to dismiss (doc. 23) is DENIED;

4. This case is REFERRED back to the United States Magistrate Judge.

The Clerk of the Court is DIRECTED to terminate Joseph Headley as a Defendant.

[1] The Clerk of the Court is DIRECTED to update these Defendants' names on the docket. (*See* doc. 20).

DONE this 28th day of September, 2026.

/s/ Emily C. Marks
EMILY C. MARKS
UNITED STATES DISTRICT JUDGE